**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION and ASTEX THERAPEUTICS LTD., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| NATCO PHARMA LIMITED, NATCO PHARMA, INC. and NATCO PHARMA USA LLC, | ) ) ) ) |
| Defendants. | |

C.A. No.: ____

**SUPPLEMENTAL INFORMATION FOR PATENT CASES**
**INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in

21 U.S.C. § 355(j):

Date Patentee(s) Received Notice:        No earlier than July 30, 2024

Thirty Month Stay Deadline:              No earlier than January 30, 2027

Date of Expiration of Patents:

| U.S. Patent No. | Expiration Date |
|---|---|
| 9,193,732 | 11/9/2031 |
| 9,868,739 | 11/9/2031 |

DATED: September 13, 2024

OF COUNSEL:


Erin M. Sommers, Ph.D.
Matthew J. Hlinka
Drew D. Christie
Ariel Batiste
**FINNEGAN, HENDERSON,**
**FARABOW, GARRETT & DUNNER, LLP**
901 New York Ave., NW
Washington, DC 20001
Phone: (202) 408-4000
erin.sommers@finnegan.com
matthew.hlinka@finnegan.com
drew.christie@finnegan.com
ariel.batiste@finnegan.com

John D. Livingstone
M. David Weingarten, Ph.D.
Jeffrey A. Freeman
Megan L. Meyers
Shannon M. Patrick
Kathryn R. Judson
Candace C. Walther
**FINNEGAN, HENDERSON,**
**FARABOW, GARRETT & DUNNER, LLP**
271 17th St. NW
Suite 1400
Atlanta, GA 30306
Phone: (404) 653-6400
john.livingstone@finnegan.com
david.weingarten@finnegan.com
jeffrey.freeman@finnegan.com
megan.meyers@finnegan.com
shannon.patrick@finnegan.com
kathryn.judson@finnegan.com
candace.walther@finnegan.com

**MCCARTER & ENGLISH, LLP**

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T: (302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*
*Novartis Pharmaceuticals Corporation*
*and Astex Therapeutics Ltd.*